649 A.2d 1281

EDITH BECKER, ETC. v. GENERAL MOTORS CORPORATION
AND BARON BROTHERS, ETC.

May 17, 1994.

CORRECTED

Certification is granted.

649 A.2d 1282

EDITH BECKER, ETC. v. GENERAL MOTORS CORPORATION,
ET AL. AND ENGLEWOOD BRAKE COMPANY, INC.

May 17, 1994.

CORRECTED

Certification is granted.

649 A.2d 1282

CHARLES HICKS v. STATE OF NEW JERSEY,
DEPARTMENT OF CORRECTIONS, ET AL.

September 13, 1994.

Petition for certification is denied.